# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AZIER PUGH** | : | **NO. 23-219** |

## ORDER

**NOW**, this 28th day of March, 2024, upon consideration of the defendant's Motion to Dismiss the Indictment (Doc. No. 22), and the government's response in opposition (Doc. No. 23), it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.